U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| LINE CONSTRUCTION BENEFIT FUND, A HEALTH AND WELFARE FUND, <br> Plaintiff, <br> v. <br> MIDWEST TRENCHING & EXCAVATING INC., a Missouri Corporation, <br> Defendant. | Case Number: <br> FILED: JULY 29, 2008 <br> 08CV4277 <br> JUDGE LEINENWEBER <br> MAGISTRATE JUDGE ASHMAN <br> TG |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LINE CONSTRUCTION BENEFIT FUND, A HEALTH AND WELFARE FUND

| | |
|---|---|
| NAME (Type or print) <br> ROBERT B. GREENBERG | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Robert B. Greenberg | |
| FIRM <br> ASHER, GITTLER, GREENFIELD & D'ALBA, LTD. | |
| STREET ADDRESS <br> 200 West Jackson Boulevard, Suite 1900 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 01047558 | TELEPHONE NUMBER <br> 312-263-1500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |